**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JOSE VALADEZ; BABITA VALADEZ,

Plaintiffs - Appellees,

v.

RUBEN AGUALLO; PAUL GREGORIO,

Defendants - Appellants.

No. 10-15058

D.C. No. 5:08-cv-03100-JW

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
James Ware, District Judge, Presiding

Argued and Submitted February 15, 2011
San Francisco, California

Before: SCHROEDER, THOMAS, and GOULD, Circuit Judges.

Ruben Aguallo and Paul Gregorio appeal the district court's judgment, after

jury trial, in favor of plaintiffs Jose and Babita Valadez in their action alleging

claims under RICO, and for extortion and intentional infliction of emotional

distress.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

The evidence established that appellees were engaged in interstate commerce through their rental car upholstery repair and interior cleaning business; their conduct need not have more than a *de minimis* effect on interstate commerce. *See United States v. Atcheson*, 94 F.3d 1237, 1241 (9th Cir. 1996). The fraud verdict was not inconsistent with the verdicts on the other counts because the fraud claim had different elements. The jury's award of nominal damages on the RICO claim supported the award of the attorney's fees, which are mandatory when a violation of RICO is established. *See* 18 U.S.C. § 1964(c).

**AFFIRMED**.